In the Matter of JOHN O. NELSON, Appellant, against DEPARTMENT OF HOSPITALS et al., Respondents.

(Submitted November 19, 1934; decided December 4, 1934.)

*John O. Nelson,* in person, for appellant.

*Paul Windels, Corporation Counsel (Henry J. Shields* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.